UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Rosa M. Scalzulli      JOINT DEBTOR: _____  CASE NO.: 11-12715-AJC
Last Four Digits of SS# 4661     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 166.67 for months 1 to 36;
B. $ _____ for months ____ to ____;
C. $ _____ for months ____ to ____; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 4,250.00 +175.00 Costs      TOTAL PAID $ 1,500.00
                 Balance Due  $ 2,925.00 payable $ 146.25/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____      Arrearage on Petition Date  $_____
Address: _____     Arrears Payment   $____/month (Months ___ to ___)
                                     Regular Payment   $____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Space Coast Credit Union (2nd Mtg) Acct # xxxxx9821 | Homestead property located at 9455 W Flagler Street, Apt #314, Miami, FL 33174 $45,000.00 | 0 % | $0.00 | 1 To 36 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
                     Payable      $_____/month (Months____ to ____)

Unsecured Creditors: Pay $ 3.75 month (Months 1 to 20), $ 150.00 month (Months 21 to 36)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   Wells Fargo Home Mortgage (1st Mtg) and Castillan Club Condominium are current and being paid outside the Chapter 13 Plan. Space Coast Credit Union (2nd Mtg) is being stripped off through the Chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date: 2/14/11

LF-31 (rev. 01/08/10)